IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) | |
| This Document Relates To:<br><br>Cases from the law firm of<br>Cascino Vaughan Law Offices, Ltd.<br><br>U.S. DISTRICT COURT FOR THE<br>WESTERN DISTRICT OF WISCONSIN,<br><br>Bolton v. General Refractories Co., et al.<br>Case No. **96 CV 00232** | Civil Action No.  MDL 875 |

### ORDER

Upon consideration of the Plaintiff's Motion for appointment of Special Administrator and for Leave to File the Fourth Amended Complaint pursuant to Federal Rules, it is hereby ordered:

1. Jean E. Bolton is appointed the Special Administrator solely for the purposes of pursuing the above lawsuit.

2. The complaint is hereby amended on its face substituting Jean Bolton as special administrator for the estate of John Bolton, as plaintiff herein.

3. Plaintiff granted for leave to file Fourth Amended Complaint.

Date: 3/17/2008

Honorable Judge Giles

Michael P. Cascino
Cascino Vaughan Law Offices, Ltd.
220 South Ashland Ave.
Chicago, IL 60607
(312) 944-0600
(312) 944-1870 (fax)