IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) | |
| This Document Relates To:<br><br>Cases from the law firm of<br>Cascino Vaughan Law Offices, Ltd.<br><br>U.S. DISTRICT COURT FOR THE<br>WESTERN DISTRICT OF WISCONSIN,<br>MADISON DIVISION<br><br>Bolton v. A. C. and S., Inc., et al.,<br>Case No. 96-C-0232-S | Civil Action No. MDL 875 |

## MOTION TO SUGGEST REMAND

Now comes Jean E Bolton, spouse of John R Bolton, Deceased, by one of her attorneys, MICHAEL P. CASCINO, and moves this Court to suggest remand of Bolton's case to the U.S. District Court for the Western District of Wisconsin, Madison Division, for trial and states:

1. John R Bolton, now deceased, had lung cancer and is entitled to trial for money damages against the defendants. A copy of the diagnosis of lung cancer is attached hereto.

2. Most of the defendants have been settled, are in bankruptcy or have been dismissed from the case. The remaining defendants are Anchor Packing, AW Chesterton, Durabla, Garlock, General Electric, General Refractories, Georgia Pacific, Rapid American, and Westinghouse.

WHEREFORE, plaintiff prays this Honorable Court enter an order suggesting remand to the U.S. District Court for the Western District of Wisconsin, Madison Division.

DENIED
James T. Giles J.
3/19/2008

Respectfully submitted,

By: ___s/ Michael P. Cascino___
       One of Plaintiff's Attorneys

Michael P. Cascino
Cascino Vaughan Law Offices, Ltd.
220 South Ashland Ave.
Chicago, IL 60607
(312) 944-0600
(312) 944-1870 (fax)

Deliver to Baruch E Kahana MD
Printed from Combined Medical Record

Page 1
at 06/24/05 09:25

John R Bolton (992461)   Male   Birthdate: ▓▓▓/1925   Lakeland Center
Surgical Pathology Report by Thomas E Theiss MD for service on 06/21/2005

*** TEMPORARY COPY ***

SURGICAL PATHOLOGY REPORT         ACCESSION NO: L-05-907

LOCATION: Lakeland Regional Center

**Physician(s):**
M A Harding MD
S Thome MD

**Clinical History:** Soft tissue mass back.

**Operation/Procedure:** Core biopsy soft tissue mass.

**Gross:** Received are multiple tan-white 0.1 cm. diameter core biopsies of tissue ranging in length from 0.2-0.6 cm. which are submitted in one block.
TET/sbh (6-22)

**Microscopic:** Sections show a moderately differentiated adenocarcinoma composed of cribriform glands with surrounding desmoplastic reaction present within fibroadipose tissue. The tumor is positive for CK7 immunohistochemical stain and negative for CK20, TTF1, and PSA. Controls react appropriately.

**Comment:** With this cytokeratin immunohistochemical staining pattern possible primary sites would include but are not limited to lung, breast, upper GI, and pancreas. TTF-1 stain is negative which is positive in about 75% of lung adenocarcinomas. The cytokeratin pattern makes colorectal carcinoma unlikely. Case reviewed with Dr. Hertel.

**Diagnoses:** Soft tissue mass, back, core biopsy - Metastatic adenocarcinoma, moderately differentiated (see comment).
(T1A-M81406)

(PAS-6)I

Thomas E. Theiss, MD/sbh (6/24)
Department of Pathology
Howard Young Med Ctr
240 Maple St., Woodruff, WI 54548
Phone: 715-356-8171
Fax: 715-356-8064

Electronically signed by Thomas E Theiss MD on 06/24/2005.

CERTIFICATE OF SERVICE

I hereby certify that on March 12, 2008, I electronically filed the foregoing with the United States District Court for the Eastern District of Pennsylvania, and I mailed copies by United States Postal Service to the following attorneys:

See attached Service List.

By: __s/ Michael P. Cascino__
Attorney for Plaintiff

Michael P. Cascino
Cascino Vaughan Law Offices
220 S. Ashland Ave.
Chicago, IL 60607
(312) 944-0600
mcascino@cvlo.com

## SERVICE LIST

**Westinghouse**
C. Michael Evert, Jr.
Evert & Weathersby, LLC
3405 Piedmont Road NE, Suite 225
Atlanta, GA 30305
(404) 233-8718
FAX: (404) 233-8933

John P. McShea, III
McShea Tecce P.C.
Bell Atlantic Tower, 28th Floor
1717 Arch Street
Philadelphia, PA 19103
(215) 599-0800
FAX: (215) 599-0888

**Georgia Pacific**
Robert Riley
Schiff Hardin LLP
233 S Wacker Drive
Chicago, IL 60606
(312) 258-5500
FAX: 258-5700

James P. Hadden
Marks O'Neill O'Brien and Courtney PC
1880 John F. Kennedy Boulevard
Suite 1200
Philadelphia, PA 19103
(215) 564-6688
FAX: (215) 564-2526

Sara Turnipseed
Nelson Mullins
201 17th Street NW, Suite 1700
Atlanta, GA 30363
(404) 322-6220
FAX: (404) 322-6223

**General Electric**
Maja C. Eaton
Sidley Austin LLP
One S. Dearborn St
Chicago, IL 60603
(312) 853-7000
FAX: (312) 853-7036

**General Refractories**
Mr. Barry L. Katz
General Refractories Company
225 City Avenue
Suite 14
Bala CYNWYD PA 19004
(610) 660-8806
FAX: (610) 660-8817

**Rapid American**
Linda Yassky
Sonnenschein Nath & Rosenthal LLP
1221 Avenue of the Americas
New York, NY 10020-1089
(212) 768-6700
FAX: (212) 768-6800

**Anchor Packing and Garlock**
John A. Turlik
Segal McCambridge Singer and Mahoney
United Plaza, 30 S. 17th Street, Ste. 1700
Philadelphia, PA 19103
(215) 399-2012
FAX: (215) 972-8016

Edward J. McCambridge
Segal, McCambridge
Sears Tower - Suite 5500
233 South Wacker Drive
Chicago, Illinois 60606

| | |
|---|---|
| **Durabla**<br>Rick Ranieri<br>Weber Gallagher Simpson<br>Stapleton Fires & Newby LLP<br>2000 Market Street, 13th Floor<br>Philadelphia, PA 19103<br>(973) 242-1364<br>FAX: (973) 242-1945<br><br>Donald R Orzeske<br>Goodin Orzeske & Blackwell<br>9102 North Meridian St, #400<br>Indianapolis, IN 46260<br>(317) 846-4000<br>FAX: (317) 846-8000 | **AW Chesterton**<br>Jason L Kennedy<br>Segal McCambridge Singer and Mahoney Ltd<br>233 S Wacker Drive Suite 5500<br>Chicago, IL 60606 |

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)<br><br>This Document Relates to: Cases from the law firm of Cascino Vaughan Law Offices, Ltd.<br><br>U.S. DISTRICT COURT FOR THE WESTERN DISTRICT OF WISCONSIN, MADISON DIVISION<br><br>Bolton v. A. C. and S., Inc., et al., Case No. 96-C-0232-S | Civil Action No. MDL 875 |

## SUGGESTION OF REMAND

THIS MATTER being reviewed this date upon Plaintiff's Motion to Remand to the U.S. District Court for the Western of Wisconsin, Madison Division, and the Court having reviewed this case and having had settlement conferences with the parties; and now believing that such motion is appropriate since few defendants remain for trial;

THE COURT FINDS that the issue of punitive damages must be resolved at a further date with regard to the entire MDL action, and therefore any claims for punitive or exemplary damages are hereby ORDERED severed from this case and retained by the Court within its jurisdiction over MDL 875 in the Eastern District of Pennsylvania.

THE COURT SUGGESTS that the within entitled matter should be REMANDED to the U.S. District Court for the Western District of Wisconsin, Madison Division for resolution of all outstanding motions and such further action as may be deemed proper by that Court.

BY THE COURT:

Date: _____

_____
Honorable James T. Giles